```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 08233
   JOHN A GREEN
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-9788

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 05/04/2007 and was not confirmed.

   The case was dismissed without confirmation 08/02/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                              PAID        PAID
--------------------------------------------------------------------------

LITTON LOAN SERVICING    CURRENT MORTG         .00           .00          .00
VILLAGE OF PARK FOREST W SECURED            588.00           .00          .00
SPRINT-NEXTEL CORP       UNSECURED          430.57           .00          .00
CAF                      UNSECURED        NOT FILED          .00          .00
CARMAX AUTO FINANCE      UNSECURED        NOT FILED          .00          .00
CENTER FOR RECONSTRUCTIV UNSECURED         3124.25           .00          .00
CITY OF CHICAGO PARKING  UNSECURED         3592.82           .00          .00
CITY OF CHICAGO DEPT OF  UNSECURED        NOT FILED          .00          .00
COMCAST                  UNSECURED        NOT FILED          .00          .00
DEPENDON COLLECTION SE   UNSECURED        NOT FILED          .00          .00
FIRST CARD               UNSECURED        NOT FILED          .00          .00
FIRST PREMIER BANK       UNSECURED        NOT FILED          .00          .00
GREGORY EMERGENCY PHYSIC UNSECURED        NOT FILED          .00          .00
JEWEL FOOD STORES        UNSECURED        NOT FILED          .00          .00
JOSEPH MONACO MD         UNSECURED        NOT FILED          .00          .00
JOSEPH MONACO MD         UNSECURED        NOT FILED          .00          .00
M & L ACCEPTANCE         UNSECURED        NOT FILED          .00          .00
EVERGREEN EMERGENCY SCVS UNSECURED        NOT FILED          .00          .00
RADIOLOGY CENTER         UNSECURED        NOT FILED          .00          .00
RADIOLOGY CENTER         UNSECURED        NOT FILED          .00          .00
MUTL H CLCTN             UNSECURED        NOT FILED          .00          .00
MUTL H CLCTN             UNSECURED        NOT FILED          .00          .00
MUTL H CLCTN             UNSECURED        NOT FILED          .00          .00
MUTL H CLCTN             UNSECURED        NOT FILED          .00          .00
MUTL H CLCTN             UNSECURED        NOT FILED          .00          .00
MUTL H CLCTN             UNSECURED        NOT FILED          .00          .00
NCO FINANCIAL SYSTEMS IN UNSECURED        NOT FILED          .00          .00
NICOR GAS                UNSECURED        NOT FILED          .00          .00
NICOR GAS                UNSECURED        NOT FILED          .00          .00
KEYNOTE                  UNSECURED         4645.00           .00          .00
RMI/MCSI                 UNSECURED        NOT FILED          .00          .00
RMI/MCSI                 UNSECURED        NOT FILED          .00          .00
ROGER KALIAL DDS         UNSECURED        NOT FILED          .00          .00
SOUTH SUBURBAN HOSPITAL  UNSECURED        NOT FILED          .00          .00
SOUTHWEST MEDICAL SPECIA UNSECURED          960.00           .00          .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 08233 JOHN A GREEN
```

```
SUBURBAN ER PHYSICIANS G  UNSECURED       NOT FILED              .00        .00
RMI/MCSI                  UNSECURED         1940.73              .00        .00
VILLAGE OF RIVERDALE      UNSECURED       NOT FILED              .00        .00
LITTON LOAN SERVICING     MORTGAGE ARRE   50987.02               .00        .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         418.14               .00        .00
ST JAMES HOSPITAL         UNSECURED        1657.89               .00        .00
LITTON LOAN SERVICING LP  NOTICE ONLY    NOT FILED               .00        .00
NORWEST CAPITAL           UNSECURED      NOT FILED               .00        .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY         .00                           .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                           .00
DEBTOR REFUND                                  .00
                     ---------------      ---------------
TOTALS                      .00                .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 12/05/07                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 08233 JOHN A GREEN